UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN A. WILSON,

        Petitioner,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

        Respondents.

CASE NO. C05-1865-RSL

ORDER

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    This matter is DISMISSED without prejudice;

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Monica J. Benton.

DATED this 6th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
PAGE - 1